1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **EASTERN DISTRICT OF CALIFORNIA**
10
11   LUCIO GOMEZ,                        )   Case No.: 1:16-cv-0700- JLT
                                         )
12              Plaintiff,               )   ORDER GRANTING DEFENDANT'S REQUEST
                                         )   FOR AN EXTENSION OF TIME
13        v.                             )
                                         )   (Doc. 14)
14   CAROLYN W. COLVIN,                  )
     Acting Commissioner of Social Security, )
15                                       )
                Defendant.               )
16   _____)

17        On January 11, 2017, the parties filed a stipulation for an extension of time for Defendant to

18   file a response to Plaintiff's opening brief.  (Doc. 14)  Notably, the Scheduling Order permits a single

19   extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either

20   party.  Accordingly, the Court **ORDERS**:

21        1.      Defendant's request for an extension of time is **GRANTED**; and

22        2.      Defendant **SHALL** a response to the opening brief on or before **February 16, 2017**.

23

24   IT IS SO ORDERED.

25        Dated:   __**January 12, 2017**__            _____**/s/ Jennifer L. Thurston**
26                                                     UNITED STATES MAGISTRATE JUDGE
27
28